# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2467 | **DATE** | 6/16/2008 |
| **CASE TITLE** | TINA HAUPTMAN vs. LUNAN CORPORATION | | |

**DOCKET ENTRY TEXT**

Status hearing held. The case is referred for settlement conference with the designated magistrate judge. Parties shall comply with FRCP 26(a)(1) by July 17, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda is set on October 14, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions are set on November 4, 2008 at 9:00 a.m.; plaintiff shall submit draft to defendants by October 28, 2008. The trial is placed on the December trial calendar. THESE ARE FIRM DATES

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|